**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In Re: | : | Case No.: 15-53223 |
| James A. Wahlstrom, Jr. | : | |
| Georgann Wahlstrom | | Chapter 7 |
| | : | |
| Debtors. | : | Judge Charles M. Caldwell |

**ABANDONMENT OF REAL PROPERTY LOCATED**
**AT 24 VIRGINIA LANE, ATHENS, OHIO**

On request of the Debtors, James A. Wahlstrom, Jr. and Georgann Wahlstrom, for an Abandonment by the Trustee of a certain real property described herein, and it appearing that there is no equity in the property for the benefit of unsecured creditors, the Trustee does hereby abandon the following property as an asset that is of inconsequential value to the estate: Exhibit A attached.

Dated: June 11, 2015         /s/Susan L. Rhiel *(per 6.11.15 email authorization)*
                             Susan L. Rhiel, Chapter 7 Trustee

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Abandonment was served via U.S. mail on June 11, 2015 upon the following persons:

James A. Wahlstrom, Jr.          Ocwen Loan Servicing
Georgann Wahlstrom               1661 Worthington Rd., Ste. 100
24 Virginia Lane                 West Palm Beach, FL  33409
Athens, OH  45701

I hereby certify that a copy of the foregoing Abandonment was electronically transmitted on or about June 11, 2015 via the Court's CM/ECF system to the following who are listed on the Court's Electronic Mail Notice List:

- Asst US Trustee (Col)    ustpregion09.cb.ecf@usdoj.gov
- LeAnn E Covey    bknotice@johndclunk.com
- Pamela N Maggied    maggiedlaw@midohio.twcbc.com, pmaggied@rrohio.com
- Susan L Rhiel    pleadings@susanattorneys.com, oh57@ecfcbis.com;sr@trustesolutions.net

                             /s/William B. Logan, Jr.
                             William B. Logan, Jr.
                             Counsel for James A. Wahlstrom, Jr.
                             and Georgann Wahlstrom

## EXHIBIT A

Situated in the Township of Athens, in the County of Athens, and State of Ohio:

And known as being Lot Nos. Ninety-four (94) and Ninety-five (95) as described in Plat Book 9, Page 20 of the Athens County Plat Records, and being in Wonder Hills Subdivision.

**REFERENCES:** Official Records Volume 478, Page 2170, Official Records Volume 424, Page 598 and Official Records Volume 385, Page 774, Athens County Recorder's Office.
Parcel Identification Numbers: **A01-01302016-00 and A01-01302015-00**
Property Address: **24 Virginia Lane, Athens, Ohio 45701.**