**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No.: 1

| Case No.: | 15-53223-CC | Trustee Name: | Susan L. Rhiel |
|---|---|---|---|
| Case Name: | WAHLSTROM, Jr., JAMES A. AND WAHLSTROM, GEORGANN | Date Filed (f) or Converted (c): | 05/15/2015 (f) |
| For the Period Ending: | 7/2/2015 | §341(a) Meeting Date: | 06/23/2015 |
| | | Claims Bar Date: | 09/29/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | 24 Virginia Lane, Athens, OH Debtors' residence Auditor's appraised value is $124,720 Value estimated at $170,000 based upon offers received recently as property is listed for sale. | $170,000.00 | $0.00 | | $0.00 | FA |
| 2 | Cash on hand | $103.23 | $0.00 | | $0.00 | FA |
| 3 | Chase checking account ending 8607 | $216.10 | $0.00 | | $0.00 | $216.10 |
| 4 | Wells Fargo checking ending 2447 | $243.20 | $0.00 | | $0.00 | $243.20 |
| 5 | USAA checking ending 7074 | $320.43 | $0.00 | | $0.00 | $320.43 |
| 6 | Household goods and furnishings | $4,398.00 | $0.00 | | $0.00 | FA |
| 7 | Miscellaneous books and pictures | $547.00 | $0.00 | | $0.00 | FA |
| 8 | Men's and women's clothing | $200.00 | $0.00 | | $0.00 | FA |
| 9 | Wedding ring | $500.00 | $0.00 | | $0.00 | FA |
| 10 | Roth IRA with USAA Bank | $29,982.00 | $0.00 | | $0.00 | FA |
| 11 | Lady Hawke, LLC dba Abrio's Vera Cucina out of business | $0.00 | $0.00 | | $0.00 | FA |
| 12 | Potential 2014 federal and state tax refund Debtors have requested an extension to file the returns. No refund likely because of offsetting tax liablities. | Unknown | $0.00 | | $0.00 | $0.00 |
| 13 | Claims against Joseph Limoli and The Last Hurrah, LLC for misrepresentation of income of restaurant purchased in September 2012. All lenders have been notified of these claims, and of the basis of the claims. | Unknown | $0.00 | | $0.00 | $0.00 |
| 14 | 1993 Chevrolet Flair RV approx. 69,452 miles, poor condition; major repairs needed Insured by Progressive Insurance Location: 24 Virginia Lane, Athens OH 45701 Value shown is 1/2 of NADA average value | $4,275.00 | $3,050.00 | | $0.00 | $4,275.00 |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No: 2

| Case No.: | 15-53223-CC | Trustee Name: | Susan L. Rhiel |
|---|---|---|---|
| Case Name: | WAHLSTROM, Jr., JAMES A. AND WAHLSTROM, GEORGANN | Date Filed (f) or Converted (c): | 05/15/2015 (f) |
| For the Period Ending: | 7/2/2015 | §341(a) Meeting Date: | 06/23/2015 |
| | | Claims Bar Date: | 09/29/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 15　2005 Honda Element EX approx. 200,948 miles insured by USAA Casualty Insurance Co. KBB value | $3,000.00 | $0.00 | | $0.00 | FA |
| 16　2011 Subaru Outback approx. 104,268 miles Insured by USAA Casualty Insurance Co. | $10,931.00 | $2,815.00 | | $0.00 | $10,931.00 |
| 17　Desk and filing cabinet | $250.00 | $250.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**                                                                 **Gross Value of Remaining Assets**

                                           $224,965.96           $6,115.00                                     $0.00                 $15,985.73

**Major Activities affecting case closing:**

  07/01/2015    Debtors have equity in two motor vehicles.  Trustee investigating claim against Joseph Limoli in connection with the purchase of restaurant.

| Initial Projected Date Of Final Report (TFR): | 04/15/2016 | Current Projected Date Of Final Report (TFR): | 04/15/2016 | /s/ SUSAN L. RHIEL |
|---|---|---|---|---|
| | | | | SUSAN L. RHIEL |