**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In Re: | : | Case No.: 15-53223 |
| James A. Wahlstrom, Jr. | : | |
| Georgann Wahlstrom | | Chapter 7 |
| | : | |
| Debtors. | : | Judge Charles M. Caldwell |

**ABANDONMENT OF 2011 SUBARU OUTBACK**

On request of the Debtors, James A. Wahlstrom, Jr. and Georgann Wahlstrom, for an Abandonment by the Trustee of a certain property described herein, and it appearing that there is no equity in the property for the benefit of unsecured creditors, the Trustee does hereby abandon the following property as an asset that is of inconsequential value to the estate: 2011 Subaru Outback

Dated:  September 2, 2015                /s/Susan L. Rhiel
                                         Susan L. Rhiel, Chapter 7 Trustee


**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Abandonment was served via U.S. mail on September 2, 2015 upon the following persons:

James A. Wahlstrom, Jr.
Georgann Wahlstrom
#306
3642 Savannah Hwy, Ste. 116
Johns Island, SC  29455-7948

JPMorgan Chase Bank, NA
PO Box 29505 AZ1-1191
Phoenix, AZ  85038-9505

JPMorgan Chase Bank NA
1111 Polaris Parkway
Columbus, OH  43240

JPMorgan Chase Bank, NA
201 N. Central Ave.
Phoenix, AZ  85004

I hereby certify that a copy of the foregoing Abandonment was electronically transmitted on or about September 2, 2015 via the Court's CM/ECF system to the following who are listed on the Court's Electronic Mail Notice List:

- Asst US Trustee (Col)    ustpregion09.cb.ecf@usdoj.gov
- LeAnn E Covey    bknotice@johndclunk.com
- Brian M Gianangeli    bgianangeli@mifsudlaw.com
- Pamela N Maggied    maggiedlaw@midohio.twcbc.com, pmaggied@rrohio.com
- Susan L Rhiel    pleadings@susanattorneys.com
- Susan L Rhiel    pleadings@susanattorneys.com, oh57@ecfcbis.com;sr@trustesolutions.net

                                         /s/William B. Logan, Jr.
                                         William B. Logan, Jr.
                                         Counsel for James A. Wahlstrom, Jr.
                                         and Georgann Wahlstrom